IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Willie P

Printed: 2/19/08

Case Number: 07 B 06528
Judge: Hollis, Pamela S
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,590.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,760.00 |
| Trustee Fee: |  | 157.55 |
| Other Funds: |  | 4,672.45 |
| Totals: | 7,590.00 | 7,590.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,760.00 | 2,760.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Village of Maywood | Secured | 4,500.00 | 0.00 |
| 4. | Village of Maywood | Secured | 1,538.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 23,498.53 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 2,179.51 | 0.00 |
| 7. | Village of Maywood | Unsecured | 131.21 | 0.00 |
| 8. | H&F Law | Unsecured |  | No Claim Filed |
| 9. | First Premier Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,607.25 | $ 2,760.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 157.55 |
|  | _____ |
|  | $ 157.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Willie P | Case Number:  07 B 06528 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  4/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

